IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE VOLCANO CORPORATION STOCKHOLDER LITIGATION | § § § | No. 372, 2016 |
| MELVIN LAX, MELISSA GORDON, and MOHAMMED MUNAWAR, | § § § § | Court Below: Court of Chancery of the State of Delaware |
| Plaintiffs Below Appellants, | § § § | C.A. No. 10485-VCM |
| v. | § § § | |
| GOLDMAN, SACHS & CO., KIERAN T. GALLAHUE, LESLEY H. HOWE, R. SCOTT HUENNEKENS, SIDDHARTHA KADIA, ALEXIS V. LUKIANOV, RONALD A. MATRICARIA, LESLIE V. NORWALK, DANIEL J. WOLTERMAN, and VOLCANO CORPORATION, | § § § § § § § § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: February 8, 2017
Decided: February 9, 2017

Before **STRINE**, Chief Justice; **HOLLAND** and **SEITZ**, Justices.

## **O R D E R**

This 9th day of February 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed for the reasons stated in its decision dated June 30, 2016.[1]

---

[1] *In re Volcano Corp. Stockholder Litig.*, 143 A.3d 727 (Del. Ch. 2016).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice